UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JESUS VILLAFAN, NICOLAS ROJAS BARBOSA, PAMELA BROWN, RODERNO RAMOS ZAMORA, SYREETA GEORGE (A.K.A. SYREETA THOMAS), and VICTOR GENARO LOPEZ LECARO, individually and on behalf of others similarly situated,

                      Plaintiff,

-against-

VA&VK LLC (D/B/A BAKAR), YAHYA ALLAHAM, VICTOR YAHIR, and VICTOR ALLAHAM,

                      Defendants.
-------------------------------------------------------X

1:20-cv-04342-RPK-SJB

**CERTIFICATE OF SERVICE**

Fidel Lozano certifies as follows:

I am a natural person above the age of eighteen years and am not a party in the above-captioned action. On this 21st day of June, 2021, I served copies of Magistrate Judge Sanket J. Bulsara's order upon Defendants, dated 6/17/2021, via First Class Mail, Return Receipt Requested to:

VA&VK LLC (D/B/A BAKAR).
1385 Coney Island Avenue
Brooklyn, NY 11230

YAHYA ALLAHA
1385 Coney Island Avenue
Brooklyn, NY 11230

VICTOR YAHIR
1385 Coney Island Avenue
Brooklyn, NY 11230

VICTOR ALLAHAM
1385 Coney Island Avenue
Brooklyn, NY 11230

_____
FIDEL LOZANO