# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 2020  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

July 1, 2021

**VIA ECF**
Honorable Sanket J. Bulsara
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Villafan et al v. VA & VK et al
               20-cv-4342

Your Honor,

    This firm represents the Plaintiffs in the above-referenced matter. We write in response to the Court's order of June 21, 2021. Per the Defendants, they have still not retained counsel and would prefer to settle the case on their own. However settlement negotiations to date have not been fruitful, though the undersigned is bringing their latest offer to the Plaintiffs. We have again advised them to find an attorney.

    We thank the Court for its time and attention to this matter.

                                         Respectfully submitted,
                                         /s/
                                       Clela Errington
                                       MICHAEL FAILLACE & ASSOCIATES, P.C.
                                       Attorneys for the Plaintiffs